# EXHIBIT A

EXHIBIT A

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TXu 2-373-534**

**Effective Date of Registration:**
June 11, 2023
**Registration Decision Date:**
June 12, 2023

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

**Title of Group:** Enlightened Today Intro Jan 2023 and 2 Other Unpublished Works

**Content Title:** Enlightened Today Intro Jan 2023
Enlightened Today Main March 2022
Enlightened Today Upsell November 2022

### Completion/Publication

**Year of Completion:** 2023

### Author

- **Author:** Enlightened Today, LLC
  **Author Created:** Literary Works
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Enlightened Today, LLC
6421 N FLORIDA AVE., STE. D #1473, TAMPA, FL, 33604, United States

### Rights and Permissions

**Organization Name:** Gordon Rees Scully Mansukhani, LLP
**Name:** Sean Flaherty
**Email:** sflaherty@grsm.com
**Telephone:** (619)230-7473
**Address:** 101 W. Broadway
Suite 2000

San Diego, CA 92101 United States

## Certification

**Name:** Sean Flaherty
**Date:** June 11, 2023
**Applicant's Tracking Number:** ENLIGHT-1290896

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.