THE HONORABLE S. KATE VAUGHAN

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11

| ENLIGHTENED TODAY, LLC, | CASE NO.  C23-0985-SKV |
|---|---|
| Plaintiff | **[PROPOSED] STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| SOULMATEMEDIUM LLC AND DOES 1 through 10, | |
| Defendants. | |

Pursuant to the Parties' Stipulation dated April 5, 2024, Dkt. 32, the Court hereby enters final judgment as follows:

1.      Pursuant to Federal Rule of Civil Procedure 65, Defendant Soulmatemedium, LLC, its officers, agents, servants, employees, and all those in active concert or participation with them, are hereby permanently enjoined from copying or otherwise infringing the following copyrighted works owned by Plaintiff Enlightened Today, LLC having copyright registration numbers: TXu 2-373-534, TX 9-316-301, and TX 9-316-295.  The foregoing permanent injunction shall survive and persist notwithstanding the dismissal of claims and counterclaims further set forth below.

2.      Plaintiff Enlightened Today, LLC's claims as set out in its Complaint filed June 30, 2023 and in its Amended Complaint filed October 26, 2023 are hereby dismissed with prejudice.

3.      Defendant Soulmatemedium LLC's Counterclaims as set out in its Answer and Counterclaims filed March 5, 2024 are hereby dismissed with prejudice.

4.      Each party shall bear its own attorney's fees and costs.

5.      This Court shall retain jurisdiction for purposes of enforcing this Final Judgment and Permanent Injunction.

**IT IS SO ORDERED.**

Dated this 5th day of April, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

FINAL JUDGMENT AND
PERMANENT INJUNCTION -2